

*Powering Asia's DTH future*

**Philip Father**
President & CEO

50 California Street, Suite 2000
San Francisco, CA 94111 USA
Tel:     (415) 775-1599
Mobile: (415) 746-0661
Fax:    (415) 677-8779
pfather@protostarsat.com



*Powering Asia's DTH future*

**Charlie Sweeney**
Executive Vice President

100 California Street, Suite 700
San Francisco, CA 94111 USA
Tel:     1-415-814-6105
Mobile: 1-510-301-6478
Fax:    1-415-391-8576
csweeney@protostarsat.com
www.protostarsat.com



*Powering Asia's DTH future*

**Craig Gavin**
Senior Vice President
Global Operations

100 California Street, Suite 700
San Francisco, CA 94111 USA
Office:   1-415-814-6107
Mobile:  1-240-401-2228
Fax:     1-415-391-8576
cgavin@protostarsat.com
www.protostarsat.com



*Powering Asia's DTH future*

**Reid Stephenson**
Vice President of Marketing
and Government Affairs

50 California Street, Suite 2000
San Francisco, CA 94111 USA
Tel:     (650) 343-8185
Mobile: (650) 455-3093
Fax:    (415) 677-8779
rstephenson@protostarsat.com
www.protostarsat.com