# **EXHIBIT 2**

DC/D/WJK/CAP/C06-012

# LAUNCH SERVICES AGREEMENT

### FOR THE LAUNCHING INTO

### GEOSTATIONARY TRANSFER ORBIT

### OF THE PROTOSTAR-I SATELLITE

### BY AN ARIANE 5 LAUNCH VEHICLE

DC/D/WJK/CAP/C06-012

*Page 2*

## LAUNCH SERVICES AGREEMENT

This Launch Services Agreement is entered into

BY AND BETWEEN

PROTOSTAR 1 LTD, hereinafter referred to as "CUSTOMER", a company duly organized and validly existing under the laws of Bermuda, located at Canon's Court 22 Victoria Street, P.O. Box HM 1179 Hamilton HM 12 Bermuda, with principal offices located at 100 California Street, Suite 700 San Francisco, California 94111 USA, which is a wholly-owned subsidiary of ProtoStar Ltd.,

On the one hand

AND

ARIANESPACE, a company organized under the laws of France with principal offices located at Boulevard de l'Europe, B.P. 177, 91006 Evry-Courcouronnes Cedex, France, hereinafter referred to as "ARIANESPACE",

On the other hand

DC/D/WJK/CAP/C06-012

*Page 47*

ARTICLE 23 - EFFECTIVE DATE

This Agreement shall take effect after signature by the TWO Parties.

Executed in Paris,

On ___13th February 2007___

In two (2) originals

**ARIANESPACE**

Name: Jean-Yves LE GALL
Title: Chief Executive Officer
Date: February 13, 2007
Signature

**CUSTOMER**

Name: Charles Sweeny
Title: Executive Vice President
Date: 02/10/07
Signature