# **<u>EXHIBIT 3</u>**

LAUNCH AND IN-ORBIT INSURANCE including insurer final comments and client requests
Policy Number 875 / A7F113900

## PROTOSTAR

## LAUNCH AND IN-ORBIT INSURANCE

## DECLARATIONS

1. **INSURED** (hereinafter the "Insured" and/or "Protostar").

   PROTOSTAR SATELLITE SYSTEMS and/ or PROTOSTAR 1 LIMITED

2. **INSURED'S ADDRESS**

   100 California Street
   Suite 700
   San Francisco
   California 94111
   USA

3. **LOSS PAYEE**

   All claim amounts due under this policy are to be adjusted with the Insured and payable to the sole loss payee First Lien Collateral Agent The Bank of New York, Corporate Trust Division, Global Finance Americas, 101 Barclay Street – 4 East, New York, NY 10286.

4. **POLICY PERIOD**

   From 30th June 2007 to 1st December 2008 both days at 00:01 a.m. local standard time at the Insured's Address plus such additional time as may be necessary to complete twelve (12) months from Attachment of Risk.

5. **SUM INSURED**

   The maximum Sum Insured hereunder is USD 205,000,000. The actual Sum Insured is to be declared in writing no later than 45 days prior to Launch. Notwithstanding the foregoing sentence, the Sum Insured shall not be less than USD180,000,000.

6. **ATTACHMENT OF RISK**

   Risk of loss under this Policy shall attach at Intentional Ignition, provided Intentional Ignition occurs during the Policy Period.

   In the event of a Launch Termination such that a Restored Launch can occur, risk of loss shall reattach on the same basis as the original launch attempt, and subject to Condition 21 (Reinstatement), if applicable, provided:

IN-ORBIT INSURANCE
Policy Number 801 10068S09

# PROTOSTAR

## IN-ORBIT INSURANCE

## DECLARATIONS

1. **INSURED** (hereinafter the "Insured" and/or "Protostar").

    PROTOSTAR SATELLITE SYSTEMS and/ or PROTOSTAR 1 LIMITED for their respective rights and interests.

2. **INSURED'S ADDRESS**

    100 California Street
    Suite 700
    San Francisco
    California 94111
    USA

3. **LOSS PAYEE**

    All claim amounts due under this policy are to be adjusted with the Insured and payable to the sole loss payee First Lien Collateral Agent The Bank of New York, Corporate Trust Division, Global Finance Americas, 101 Barclay Street – 4 East, New York, NY 10286.

4. **POLICY PERIOD**

    From 8 July 2009 to 8 July 2010 both days at 00:01hours. local standard time at the Insured's Address.

5. **SUM INSURED**

    The Sum Insured and agreed value hereunder is USD 185,000,000.

6. **ATTACHMENT OF RISK**

    Risk of loss under this Policy shall attach at commencement of the Policy Period.

1

**Willis Limited**
51 Lime Street London EC3M 7DQ United Kingdom
Telephone: +44 (0)2031246000  Fax: +44 (0)2031248223  Website: www.willis.com



## 1. RISK DETAILS

| | |
|---|---|
| **UNIQUE MARKET REFERENCE:** | B080110068S09 |
| **TYPE:** | In Orbit Insurance |
| **INSURED:** | PROTOSTAR SATELLITE SYSTEMS and/or PROTOSTAR 1 LIMITED for their respective rights and interests. |
| **ADDRESS:** | 100 California Street, Suite 700, San Francisco, California, 94111, USA |
| **POLICY PERIOD:** | 8 July 2009 to 8 July 2010 both Days at 00:01 local standard time at the above address of the Insured |
| **INTEREST:** | To pay the Insured the Sum Insured for Total Loss or Constructive Total Loss or to indemnify the Insured according to the loss formula for Partial Loss(es) of the Protostar 1 Satellite, all as more fully described in the Policy wording as set forth under Conditions herein. |
| **SUM INSURED:** | Agreed value USD185,000,000 in all during the Policy Period. |
| | Expenses in respect of Corrective Measures as described in the Policy wording are covered in addition to the amounts stated above. |
| **SITUATION** | Unrestricted. |

Willis Limited. A Willis Group Company. A Lloyd's broker. Willis Limited is authorised and regulated by the Financial Services Authority. Registered office 51 Lime Street, London EC3M 7DQ. Registered number 181116 England and Wales. Registered VAT number GB 334 1289 70

10068S09
MRCDirectCoverDoc603939406                                    Saved: 07/07/2009 19:22:00