# **EXHIBIT 4**



**INTERSPUTNIK
INTERNATIONAL ORGANIZATION
OF SPACE COMMUNICATIONS**

Международная организация космической связи
Organisation Internationale des Telecommunications Spatiales
Organizacion Internacional de Telecomunicaciones Cosmicas

2nd Smolensky per., 1/4, 121099, Moscow, Russia
ph.: +7 (495)244 0333, fax: +7 (495) 241 0784
E-mail: dir@intersputnik.com
www.intersputnik.com

№ 1-310/HD/2008                                          24 July 2008

Mr. Philip Father
President & Chief Executive Officer
ProtoStar I Ltd.
100 California Street, Suite 700
San Francisco, California 94111 USA

*Subject: In-Orbit Testing of the ProtoStar-1 Satellite at the 98.5° East Orbital Position*

Dear Mr. Father:

Thank you for additional materials and information concerning the coordination parameters discussed and agreed to by ProtoStar I Ltd. ("ProtoStar") with a number of satellite network operators including AsiaSat, Thuraya, SES NewSkies and RSCC with respect for the in-orbit testing of the ProtoStar-1 satellite in the orbital position of the Intersputnik International Organization of Space Communications ("**Intersputnik**") at 98.5° East longitude.

Based on these additional materials and information, and the Agreement entered into by Intersputnik and ProtoStar on July 03, 2008, we hereby confirm that Intersputnik has agreed that ProtoStar may position the ProtoStar-I satellite at the 98.5° East orbital location and conduct in-orbit testing of its C- and Ku- band payload consistent with the INTERSPUTNIK-98.5ECK satellite network filing submitted to the Radiocommunication Bureau of the International Telecommunication Union ("ITU") in the interests of INTERSPUTNIK by the Administration of the Republic of Belarus in accordance with the Protocol of Cooperation in the International Legal Protection of Satellite Networks of the INTERSPUTNIK International Organization of Space Communications made by and between the INTERSPUTNIK and the Ministry of Communications and Informatization of the Republic of Belarus, dated October 29, 2004.

We would like to take this opportunity to emphasize that, in accordance with the Agreement entered into by Intersputnik and ProtoStar on July 03, 2008, ProtoStar is liable and responsible for in-orbit testing of the ProtoStar-1 satellite consistent with item 4.4 of the ITU Radio Regulations and in accordance with in-orbit testing coordination plans agreed to on a satellite network operator-to-operator basis, such that no harmful interference will be caused to satellite networks operating in the adjacent orbital arc. In the event that this condition is breached, Intersputnik reserves all of its rights under the Agreement entered into by Intersputnik and ProtoStar on July 03, 2008.

We have noted that any operational inquires regarding the in-orbit testing of the ProtoStar-I satellite may be directed to:

ProtoStar-I Satellite Control Center (24x7): +65-6450-2620
Alternate #1 +65-9349-0502
Alternate #2 +65-8119-6032
E-mail: noc@protostarsat.com

Intersputnik authorizes ProtoStar to disclose this letter to relevant ITU Member State Administrations and the ITU Radiocommunication Bureau.


Yours sincerely,

Vadim E. Belov
Director General