# **EXHIBIT 5**

16-MAY-2008 14:37  FROM:SBI INTERNATIONAL 230 2082641          TO:2132868          P:1/1

```
*************************** Outgoing Message ******************************
CREATED DATE     : 16-05-2008
SENDER BIC       : INILMUMU
RECIEVER BIC     : SCBLUS33
        NEW YORK BRANCH
        NEW YORK BRANCH
MESSAGE TYPE     : MT103
MESSAGE STATUS   : NOT READY
SENDER REF NUMBER : 15108TS000948
VERIFICATION STATUS : NOT VERIFIED

{1:F01INILMUMUA0000000000}
{2:I103SCBLUS33XN}
{3:}

------------------------------- Message Text -------------------------------

20:     Sender's Reference
  15108TS000948
23B:    Bank Operation Code
  CRED
32A:    Value Date/Currency/Amount
  16-05-2008USD2000000,00
33B:    Currency/Instructed Amount
  USD2000000,00
50K:    Instruction Party/Applicant
  /AC NO. 01003010468
  AFRO ASIAN SATELLITE COMMUNICATIONS
  C/O FIRST ISLAND TRUST CO. LTD ST
  JAMES COURT, SUITE 308 ,ST DENIS
  STREET MAURITIUS
56A:    Intermediary Institution
  WFBIUS33XXX
57A:    Account with Institution
  WFBIUS6S
59:     Payee/Beneficiary
  /4121609572
  PROTOSTAR I LTD

  UNITED STATES
70:     Remittance Information
  /RFB/INVOICE NO. ASC-001
71A:    Details of Charges
  SHA
72:     Sender to Receiver Information
  /ACC/WELLS FARGO BANK NA
  //SAN FRANCISCO, CA
  //WIRE ROUTING TRANSIT: 121000248
  }
{5:}
--------------------------- End Of Message ---------------------------
```

*Released 16/5* (handwritten signature)

16-MAY-2008  15:09           230 2082641         97%                 P.01