IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 09-12659 (MFW) |
| PROTOSTAR LTD., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF PROTOSTAR LTD, et. al | Adv. Pro. No. 09-52279 (MFW) |
| Plaintiff | |
| v. | |
| THE BANK OF NEW YORK MELLON (as successor in interest to THE BANK OF NEW YORK), as Trustee and Collateral Agent, and WELLS FARGO BANK, NATIONAL ASSOCIATION, as Administrative Agent, BEACH POINT CAPITAL MANAGEMENT L.P., BLACKROCK FINANCIAL MANAGEMENT, INC., FARALLON PARTNERS, L.L.C., OCTAVIAN ADVISORS, L.P., THIRD POINT LLC, WEST FACE CAPITAL, INC., and ABC COMPANIES 1-10, | |
| Defendants | |

---

### THE ADVISORS' MOTION TO
### DISMISS THE AMENDED ADVERSARY COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), made applicable to the above-captioned adversary proceeding by Federal Rule of Bankruptcy Procedure 7012(b), defendants

---

[1] The ProtoStar entities, together with the last four digits of their respective federal tax identification numbers, are as follows: ProtoStar Ltd. (4245) ("ProtoStar"), ProtoStar I Ltd. (1042) ("PS I"), ProtoStar II Ltd. (1244) ("PS II"), ProtoStar Satellite Systems, Inc. (2615) ("PSS"), ProtoStar Development Ltd. (none) and ProtoStar Asia Pte.

2428759

Beach Point Capital Management L.P., Blackrock Financial Management, Inc., Farallon Partners, L.L.C., Octavian Advisors, L.P., Third Point LLC, and West Face Capital, Inc, (collectively, the "Advisors") respectfully request entry of an Order dismissing all of the claims and causes of action asserted against them in that certain Amended Adversary Complaint (the "Amended Complaint") (Adv. P. D.I. 6) filed by the Official Committee of Unsecured Creditors of the above-captioned Debtors.

The Advisors seek dismissal of the Amended Complaint on the grounds that the Amended Complaint fails to state a claim against the Advisors for any of the claims and causes of action asserted against them. In support of this motion, the Advisors rely upon the Advisors' (I) Memorandum of Law in Support of the Advisors' Motion to Dismiss the Amended Adversary Complaint and (II) Joinder in the Memorandum of Law of Defendant The Bank of New York Mellon, As Trustee and Collateral Agent, In Support of Its Motion To Dismiss the Amended Adversary Complaint (the "Memoranda of Law").

[*Remainder of page intentionally left blank*]

Ltd. (none).

2428759

WHEREFORE, for the reasons set forth in the accompanying Memoranda of Law, the Advisors respectfully request that this Court enter an Order granting the Advisors' motion and dismissing all of the claims and causes of action asserted against them in the Amended Complaint in their entirety, and granting the Advisors such other and further relief as this Court may deem just and appropriate.

Dated: January 13, 2010

        MORRIS JAMES LLP

        */s/ Stephen M. Miller*
        Stephen M. Miller (DE Bar No. 2610)
        Eric J. Monzo (DE Bar No. 5214)
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, Delaware 19899-2306
        Telephone: (302) 888-6800
        Facsimile: (302) 571-1750
        E-mail: smiller@morrisjames.com
        E-mail: emonzo@morrisjames.com

        -and-

        RICHARDS KIBBE & ORBE LLP

        Michael Friedman
        Keith N. Sambur
        One World Financial Center
        New York, New York 10281-1003
        Telephone: (212) 530-1800
        Facsimile: (212) 530-1801

        *Attorneys for Beach Point Capital Management L.P., Blackrock Financial Management, Inc., Farallon Partners, L.L.C., Octavian Advisors, L.P., Third Point LLC, and West Face Capital, Inc.*

2428759